

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL21-05595

Other Reference No.(s): ....................................

Child Support Enforcement Number: ....................................

Date issued: May 18, 2021

To: Delmarva Power & Light Company
Serve: Corporate Creations Network, Inc.
2 Wisconsin Circle, #700
Chevy Chase, MD 20815

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

<u>STEVEN E. COLLISON</u>
<u>1557 GOVERNOR BRIDGE ROAD</u>
<u>DAVIDSONVILLE MD 21035</u>

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahasin El Amin*
Clerk of the Circuit Court

#216

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To: ........................................................

Sheriff fee: ..................................... By: ...........................................................................................

Served: ...................................................................................................................................

Time: ........................... Date: ...........................................................................................

Unserved (Reason): ...........................................................................................

With the following:

☐ Summons                    ☐ Counter Complaint
☐ Complaint                  ☐ Domestic Case Information Report
☐ Motions                    ☐ Financial Statement
☐ Petition and Show Cause Order  ☐ Other: _____
                                   **(please specify)**

Was unable to serve because:

☐ Moved; left no forwarding address   ☐ No such address
☐ Address not in Jurisdiction          ☐ Other: _____
                                          **(please specify)**

Sheriff Fee: $_____           ☐ Waived by: _____

_____
**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STEVEN E. COLLISON
1557 Governor Bridge Road
Davidsonville, MD 21035        :    CASE NO: CAC 21-05595

         *Plaintiff,*

vs.                                         :

DELMARVA POWER & LIGHT COMPANY
Mailstop 92 DC 42
500 N. Wakefield Drive
Newark, De 19702-5440

SERVE:
Corporate Creations Network, Inc.
#700
2 Wisconsin Circle
Chevy Chase, MD 20815

         Resident Agent
and

NEIL PATRICK BAKER
8586 Delmar Road
Delmar, De 19940

         *Defendants.*

: : : : : : :

## COMPLAINT AND PRAYER FOR JURY TRIAL

Now comes Plaintiff, STEVEN E. COLLISON, by COHEN & GREENE, P.A., his attorneys, and sues DELMARVA POWER & LIGHT COMPANY and NEIL PATRICK BAKER, and for reasons states:

1.     On or about August 9, 2018, Plaintiff, Steven E. Collison was operating a motor vehicle eastbound on Rt. 50 and Defendant Neil Patrick Baker was operating a motor vehicle owned by Defendant Delmarva Power & Light Company, to Plaintiff's rear on eastbound Rt. 50 which is a public road in Prince George's County, Maryland.

2. That at the time and place aforesaid, Defendant Neil Patrick Baker operated his vehicle in a negligent fashion by traveling at a speed too great for traffic conditions, failing to control his vehicle to avoid colliding with Plaintiff's vehicle, failing to observe the presence of Plaintiff's vehicle lawfully stopped on the roadway forward of Defendant, failing to pay full time and attention to his driving and in other fashions to be shown at Trial.

3. As a direct and proximate result of Defendant Neil Patrick Baker's negligence, his vehicle collided with Plaintiff's vehicle, causing damage to Plaintiff. No negligence of Plaintiff contributed to this occurrence.

4. As a direct and proximate result of the Defendant Neil Patrick Baker's negligence, Plaintiff suffered severe personal injuries of both a temporary and permanent nature, suffered great bodily injury and mental anguish, and has and will experience great expense for medical care.

5. As a direct and proximate result of Defendant Neil Patrick Baker's negligence and the aforesaid injuries and damages, Plaintiff has been and will be incapacitated and prevented from pursuing his normal occupation, business and social affairs.

6. At the time of the tort alleged, Defendant Neil Patrick Baker was an employee of Defendant Delmarva Power & Light Company, and was acting within the scope of his employment.

7. Defendant Delmarva Power & Light Company is vicariously liable for the negligence of Defendant Neil Patrick Baker.

8. Defendant Delmarva Power & Light Company is a Delaware Corporation doing business in Maryland.

COHEN & GREENE, P.A.
ATTORNEYS AT LAW
156 SOUTH STREET
ANNAPOLIS, MARYLAND
(410) 268-4500

- 3 -

**WHEREFORE**, pursuant to Maryland Rule 2-305, Plaintiff demands judgment against Delmarva Power & Light Company and Neil Patrick Baker, jointly and severally, in an amount in **excess** of **SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS**, plus costs of suit.

COHEN & GREENE, P.A.

By_____
Allen W. Cohen
156 South Street
Annapolis, Maryland 21401
(410) 268-4500
awcohen@cohenandgreene.com
CPF I.D. #7512010055
Attorneys for Plaintiff

### Certificate of Compliance with Maryland Rule 1-322.1

I, Allen W. Cohen, do hereby certify, pursuant to Maryland Rule 1-322.1, that the foregoing pleading does not include any individual's Social Security number, taxpayer identification number, or the alpha or numeric characters of a financial or medical account identifier.

_____
Allen W. Cohen

### PRAYER FOR JURY TRIAL

Mr. Clerk:

Please note that Plaintiff prays Trial by Jury.

_____
Allen W. Cohen

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF  ☐ DEFENDANT   **CASE NUMBER** _____ (Clerk to insert)

**CASE NAME:** STEVEN E. COLLISON    vs.   DELMARVA POWER, et al
                    Plaintiff                              Defendant

**PARTY'S NAME:** _____   **PHONE:** _____

**PARTY'S ADDRESS:** _____

**PARTY'S E-MAIL:** _____

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:** ALLEN W. COHEN    **PHONE:** 410-268-4500
**PARTY'S ATTORNEY'S ADDRESS:** 156 SOUTH STREET, ANNAPOLIS, MD 21401
**PARTY'S ATTORNEY'S E-MAIL:** awcohen@cohenandgreene.com

**JURY DEMAND?** ☒ Yes  ☐ No
**RELATED CASE PENDING?** ☐ Yes  ☒ No   If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ____ hours   1-2 days

### PLEADING TYPE

**New Case:**  ☐ Original   ☐ Administrative Appeal   ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment

*If filing in an existing case*, skip Case Category/Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: _____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)                Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated **Liability** above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute.  ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000   ☐ $10,000 - $30,000   ☒ $30,000 - $100,000   ☐ Over $100,000 |
| ☒ Medical Bills $ 51679.14   ☐ Wage Loss $_____   ☐ Property Damages $_____ |
| **ALTERNATIVE DISPUTE RESOLUTION INFORMATION** |
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)<br>A. Mediation ☐ Yes ☐ No    C. Settlement Conference ☐ Yes ☐ No<br>B. Arbitration ☐ Yes ☐ No    D. Neutral Evaluation ☐ Yes ☐ No |
| **SPECIAL REQUIREMENTS** |
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041** |
| ☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |
| **ESTIMATED LENGTH OF TRIAL** |
| With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.   *(Case will be tracked accordingly)*<br>☐ 1/2 day of trial or less     ☐ 3 days of trial time<br>☐ 1 day of trial time         ☐ More than 3 days of trial time<br>☒ 2 days of trial time |
| **BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM** |
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*<br>☐ **Expedited**- Trial within 7 months of Defendant's response    ☐ **Standard** - Trial within 18 months of Defendant's response |
| EMERGENCY RELIEF REQUESTED |

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff ........................... . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

May 10, 2021
Date

156 SOUTH STREET
Address

ANNAPOLIS     MD     21401
City          State  Zip Code

_____
Signature of Counsel / Party

ALLEN W. COHEN
Printed Name

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3